**Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 15, 2025.**



In The

# Fifteenth Court of Appeals

---

## NO. 15-25-00085-CV

---

**OFFICE OF THE ATTORNEY GENERAL OF TEXAS, Appellant**

**V.**

**JAMES BLAKE BRICKMAN, DAVID MAXWELL, J. MARK PENLEY, AND RYAN M. VASSAR, Appellees**

---

**On Appeal from the 250th District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-GN-20-006861**

---

### MEMORANDUM OPINION

On July 3, 2025, Appellant filed an unopposed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1). The motion is granted.

We dismiss the appeal.

/s/Scott K. Field_____
Scott K. Field
Justice


Panel consists of Chief Justice Brister and Justices Field and Farris.